# UNITED STATES BANKRUPTCY COURT
# FOR THE
# WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| In re: | Case No.: 01-10786 |
| Christopher Paul Miller and Shirley Marie Miller, | Chapter 7 |
| Debtors. | Adv. Case No. 10-01005 |
| | Hon. Joan A. Lloyd |
| Christopher Paul Miller and Shirley Marie Miller, | |
| Plaintiffs, | |
| v. | |
| Ford Motor Company, UniCare, and Comerica Pension Payments, | |
| Defendants. | |

**ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE**

Pursuant to the Stipulation between Defendants, Ford Motor Company ("Ford") and UniCare Life & Health Insurance Company ("UniCare), and Plaintiffs, Christopher Paul Miller and Shirley Marie Miller ("Plaintiffs"), filed in accordance with Rule 41(a) of the Federal Rule of Civil Procedure as incorporated by Bankruptcy Rule 7041 and for good cause appearing:

IT IS HEREBY ORDERED, that the above captioned adversary proceeding is hereby dismissed with prejudice as to all Defendants.

58889/0148/812663.1

IT IS FURTHER ORDERED, that each party shall bear its own attorneys fees and costs incurred herein with the exception of any fees or costs paid pursuant to settlement.

DATED: _____

Hon. Joan A. Lloyd
United States Bankruptcy Judge

Submitted by:

SEVERSON & WERSON, P.C.

By: _____
Donald H. Cram, III
Attorneys for Ford Motor Company
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 677-5536